# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

PUBLIC ADVOCATE : No. 483 EAL 2021
:
:
:
v. : Cross Petition for Allowance of
: Appeal from the Order of the
: Commonwealth Court
PHILADELPHIA WATER, SEWER AND :
STORM WATER RATE BOARD :
:
:
PETITION OF: CITY OF PHILADELPHIA :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of April, 2022, the Cross Petition for Allowance of Appeal is **DENIED**.

    Justice Brobson did not participate in the consideration or decision of this matter.